# CASES DISMISSED ON MOTION OF APPELLANT.

No. 2883. Ruíz et al., Appellees, *v.* Alomar, Appellant. —District Court of Ponce. Decided June 7, 1923.

No. 2107. People *v.* Martínez.—Second District Court of San Juan. Aggravated assault and battery. Decided June 25, 1923.

No. 2983. Díaz, Appellant, *v.* Porto Rico Railway, L. & P. Co., Appellee.—First District Court of San Juan. Damages. Decided June 26, 1923.

No. 416. Cividanes, Petitioner, *v.* District Court of Guayama.—Certiorari. Decided June 29, 1923.

Nos. 3105 and 3106. Solá, Appellant, *v.* Solá, Appellee. —Appointment of guardian. District Court of Humacao. Decided July 5, 1923.

No. 2909. Del Rosario, Petitioner, *v.* Lippitt, Commissioner.—Mandamus. First District Court of San Juan. Decided July 19, 1923.

No. 2968. Alcover & Co., Appellee, Appellant, *v.* Heirs of D. Magraner, Appellants, Appellees.—Debt. District Court of Aguadilla. Decided July 26, 1923.

No. 3025. Fajardo Sugar Company, Appellee, *v.* Encarnación, Appellant.—Debt. District Court of Humacao. Decided July 28, 1923.

No. 3069. Díaz et al., Petitioner-Appellees, *v.* Cividanes, Contestant and Appellant.—Judicial administration. District Court of Guayama. Decided July 28, 1923.

No. 426. Oms et al., Petitioners, *v.* District Court of Mayagüez.—Certiorari. Decided November 5, 1923.

No. 29. Oms et al., Petitioners, *v.* District Court of Mayagüez.—Writ of prohibition. Decided November 5, 1923.

No. 3050. Portela, Appellant, *v.* Viera, Appellee.—District Court of Humacao. Memorandum of costs. Decided November 8, 1923.